IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Martinez, David | Case Number: 04 B 24259 |
|---|---|---|
| | Martinez, Toni M | Judge: Wedoff, Eugene R |
| | Printed: 4/1/08 | Filed: 6/28/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 14, 2008
Confirmed: August 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 53,979.82 | |
| Secured: | | 48,163.05 |
| Unsecured: | | 330.48 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 2,786.29 |
| Other Funds: | | 0.00 |
| Totals: | 53,979.82 | 53,979.82 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 2. | National City Mortgage Co | Secured | 44,737.62 | 38,496.82 |
| 3. | National City Mortgage Co | Secured | 6,385.29 | 6,385.29 |
| 4. | Nationwide Acceptance Corp | Secured | 3,280.94 | 3,280.94 |
| 5. | National City Mortgage Co | Unsecured | 350.00 | 330.48 |
| 6. | Aspire Visa | Unsecured | 721.23 | 0.00 |
| 7. | Nationwide Acceptance Corp | Unsecured | 5,494.25 | 0.00 |
| 8. | Nationwide Acceptance Corp | Unsecured | 2,058.36 | 0.00 |
| 9. | Nicor Gas | Unsecured | 146.01 | 0.00 |
| | | | $ 65,873.70 | $ 51,193.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 756.43 |
| 4% | 264.72 |
| 3% | 157.55 |
| 5.5% | 828.78 |
| 5% | 170.22 |
| 4.8% | 314.97 |
| 5.4% | 293.62 |
| | $ 2,786.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Martinez, David
   Martinez, Toni M
   Printed:  4/1/08

Case Number:  04 B 24259
Judge:  Wedoff, Eugene R
Filed:  6/28/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

       Marilyn O. Marshall, Trustee, by:

